IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN MC INTYRE,<br><br>        Plaintiff,<br><br>    v.<br><br>OCWEN LOAN SERVICING, et al.,<br><br>        Defendants.                           / | No. C 10-03543 CRB<br><br>**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AND DISMISSING CASE** |

   Plaintiff has filed a complaint with this Court and asks to proceed in forma pauperis. Under 28 U.S.C. § 1915, this court "shall dismiss the case at any time if the court determines that [B] the action [2] fails to state a claim on which relief may be granted."

   Plaintiff's complaint is largely non-sensical, and where it does make factual allegations, they fail to state a claim on which relief may be granted. The Complaint fails to identify any particular cause of action, and alleges opaquely that "[t]he lender has somehow caused or contributed to the Borrower's inability to make payments beginning on or about January 1, 2010[.]" Compl. ¶ 5. But the Complaint never actually alleges how the lender (who is presumably one of the named defendants, though this is not entirely clear), impeded him from making payments. The Complaint goes on to allege that Defendants have "ties to Aztec, a Pre-Columbian Mesoamerican people organization [i]n Mexico City, Mexico, who are known to cut the heart out of Mexican people and [t]hrow the body down the [s]tairs of a temple or pyramid." Id. ¶ 6.

1 | Because the Complaint fails to state a claim, it must be dismissed.  The motion to
2 | proceed in forma pauperis is therefore DENIED and the case DISMISSED.
3 | **IT IS SO ORDERED.**

Dated: August 25, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California